UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> JOSE RAMOS ESTRADA, individually and dba Olympic Inn, <br><br> Defendant. | CASE NO. CV 99-9018-RMT (SHx) <br><br> RENEWAL OF DEFAULT JUDGMENT |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendant JOSE RAMOS ESTRADA, individually and dba Olympia Inn, the Default Judgment entered on 5/24/01 [copy attached] is hereby renewed in the amounts as set forth below:

Renewal of money judgment
  a. Total judgment                                $6,800.00
  b. Costs after judgment                          $   -0-
  c. Attorneys fees:                               $   -0-
  d. Subtotal (*add a and b*)                      $6,800.00
  e. Credits after judgment                        $   -0-
  f. Subtotal (*subtract d from c*)                $6,800.00
  g. Interest after judgment                       $1,700.00
  h. Fee for filing renewal application            $   -0-
  i. **Total renewed judgment** (*add e, 5, and g*) $8,500.00

DATED: January 13, 2011            CLERK, by Lori Muraoka
                                             Deputy

RENEWAL OF DEFAULT JUDGMENT - CASE NO. CV 99-9018-RMT (Shx)       1